UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION


DERRICK  WELLS,                               )
                                              )
                    Plaintiff,                )
                                              )
          vs.                                 )     1:14-cv-01343-SEB-MJD
                                              )
CAROLYN W. COLVIN,                            )
                                              )
                    Defendant.                )

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted his Report and Recommendation on Plaintiff's

pro se complaint alleging that substantial evidence did not support the final decision of the

Commissioner that he was not entitled to disability insurance benefits. The parties were afforded

due opportunity pursuant to statute and the rules of this Court to file objections; none were filed.

The Court, having considered the Magistrate Judge's Report and Recommendation, hereby

adopts the Magistrate Judge's Report and Recommendation.

The Plaintiff's complaint is hereby dismissed for failure to prosecute.  Federal Rule of

Civil Procedure 41(b).


      04/27/2015

                              _____
                              SARAH EVANS BARKER, JUDGE
                              United States District Court
                              Southern District of Indiana




Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system